STATE OF NEW JERSEY v. GILBERT W. STIPPICK, JR.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES OWENS.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS SOUSS.

May 6, 1974. Petition for certification granted.

ADINA ADRIENNE DEGAN v. ELIAH DEGAN.

May 7, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. HUMBERTO SOTO.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN G. TILLMAN.

May 14, 1974. Petition for certification denied.